12/15/2016 07:49 PM EDT                                                                                                                                         Version 7.1    Page  1   of   2

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN515CR000395;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN515CR000395     **Case Title**  USA V. YAMAGUCHI

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CAN1070 | MISAKO YAMAGUCHI | 515-0003951 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | CAN1070 | MISAKO YAMAGUCHI | 515-0003951 | VICTIM RESTITUTION | | 652,225.38 | 652,225.38 | 0.00 |
| 001 | CAN1070 | MISAKO YAMAGUCHI | 515-0003951 | OVERPAYMENT | | 42.65 | 42.65 | 0.00 |
| | | | | | | 652,368.03 | 652,368.03 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CAN1071 | YAMATO SCIENTIFIC AMERICA | 650,000.00 | 650,000.00 | 0.00 |
| PTY19938 | Rabbinal C. Tumangan | 42.65 | 0.00 | 42.65 |
| | | 650,042.65 | 650,000.00 | 42.65 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | | |
| CT 54611016145 | | 03/24/2016 | 03/24/2016 | PR | 100.00 | MISAKO YAMAGUCHI | | | O | 04 | 504100 |
| DCAN515CR000395-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | | |
| CT 54611016145 | | 03/24/2016 | 03/24/2016 | PR | 39,900.00 | MISAKO YAMAGUCHI | | | O | 06 | 6855XX |
| DCAN515CR000395-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| PJ 16461101091 | | 07/05/2016 | 07/05/2016 | PR | 39,900.00 | YAMATO SCIENTIFIC AMERICA | | | O | 03 | 6855XX |
| DCAN515CR000395-001 | 2 | VICTIM RESTITUTION | | | 1 | | | | | | |
| CT B061016DCAN515CR00039500131 | | 06/10/2016 | 07/05/2016 | PR | 25.00 | MISAKO YAMAGUCHI | | | O | OP2 | 6855XX |
| DCAN515CR000395-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| CT B090816DCAN515CR00039500130 | | 09/08/2016 | 10/03/2016 | PR | 25.00 | MISAKO YAMAGUCHI | | | O | OP2 | 6855XX |
| DCAN515CR000395-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| CT 34611119517 | | 10/31/2016 | 10/31/2016 | PR | 2,268.03 | MISAKO YAMAGUCHI | | | O | 06 | 6855XX |
| DCAN515CR000395-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT 34611119517 | | 10/31/2016 | 10/31/2016 | PR | 610,050.00 | MISAKO YAMAGUCHI | | | O | 06 | 6855XX |
| DCAN515CR000395-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| CQ 17461100085 | | 11/07/2016 | 11/07/2016 | PR | (2,225.38) | MISAKO YAMAGUCHI | | | O | 06 | 6855XX |
| DCAN515CR000395-001 | 3 | OVERPAYMENT | | | | | | | | | |

12/15/2016 07:49 PM EDT                                                                                                       Version 7.1   Page  2   of   2

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN515CR000395;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Debt Type Line# | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CQ 17461100085 DCAN515CR000395-001 | 2 | 11/07/2016 VICTIM RESTITUTION | 11/07/2016 | PR | 0.00 | MISAKO YAMAGUCHI | O | 06 | 6855XX |
| CQ 17461100085 DCAN515CR000395-001 | | 11/07/2016 VICTIM RESTITUTION | 11/07/2016 | IN | 2,225.38 | MISAKO YAMAGUCHI | O | 06 | 6855XX |
| PJ 17461100805 DCAN515CR000395-001 | 2 | 11/15/2016 VICTIM RESTITUTION | 11/15/2016 | PR  1 | 50.00 | YAMATO SCIENTIFIC AMERICA | O | 03 | 6855XX |
| PJ 17461101924 DCAN515CR000395-001 | 2 | 12/06/2016 VICTIM RESTITUTION | 12/06/2016 | PR  1 | 610,050.00 | YAMATO SCIENTIFIC AMERICA | O | 03 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQ | Cash Receipt - CCA Manual |
| CT | Cash Receipt - CCA Automated |
| PJ | Payment Authorization - CCA Automated |

## RESTITUTION
## PAID IN FULL

Defendant: MISAKO YAMAGUCHI    Date: 10/31/2016
Restitution $ 650,000.00    Interest $ 2,225.38