# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District NORTHERN OF CALIFORNIA |
|---|---|
| Name *(under which you were convicted):* MISAKO YAMAGUCHI | Docket or Case No.: |
| Place of Confinement: FCI DUBLIN-5701 8TH ST-CAMP PARKS-DUBLIN, CA. 94568 | Prisoner No.: 22400-111 |
| UNITED STATES OF AMERICA Respondent, | v. | Movant *(include name under which convicted)* MISAKO YAMAGUCHI. |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Robert F. Peckham Federal Building
   & United States Courthouse
   280 South 1st Street,
   San Jose, CA 95113

   (b) Criminal docket or case number (if you know): 5:15-cr-00395-BLF-1

2. (a) Date of the judgment of conviction (if you know): 2/10/16

   (b) Date of sentencing: 2/8/2016)

3. Length of sentence: 21 months BOP custody

4. Nature of crime (all counts):
   Violation 18:1341 - Mail Fraud 1 Count

   *[FILED FEB 14 2017 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE]*

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐  (2) Guilty ☒  (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   N/A

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐  Judge only ☐  N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐  No ☒  N/A

8. Did you appeal from the judgment of conviction? Yes ☐  No ☒

9. If you did appeal, answer the following:

   (a) Name of court: N/A

   (b) Docket or case number (if you know): N/A

   (c) Result: N/A

   (d) Date of result (if you know): N/A

   (e) Citation to the case (if you know): N/A

   (f) Grounds raised:
Movant did not appeal.

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

      If "Yes," answer the following:

      (1) Docket or case number (if you know): N/A

      (2) Result: N/A

      (3) Date of result (if you know): N/A

      (4) Citation to the case (if you know): N/A

      (5) Grounds raised:
N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
   Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: N/A None filed previously. Movant proceeds herein pro se.

      (2) Docket or case number (if you know): N/A

      (3) Date of filing (if you know): N/A

      (4) Nature of the proceeding: N/A

      (5) Grounds raised: N/A

N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☒
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: N/A
    (2) Docket of case number (if you know): N/A
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: N/A
    (5) Grounds raised:
N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☒
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐   No ☒
    (2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
Movant acting upon th advisement of counsel waived the right to appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF THE SIXTH AMENDMENT OF THE CONSTITUTION-WAIVER

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant submits that she was deprived of the effective assistance of counsel at the most crucial stage of the proceedings, the plea negotiation stage. Relying upon the advice of Counsel Movant exercised a Waiver of the right to Appeal or Challenge the yet to be imposed sentence in a Collateral Attack. She submits that the she was not fully apprised of the consequences of relinquishing the post sentencing options. She submits that based on the fact that she was not fully apprised of the consequences of exercising these waivers, or what they actually were in relation to post sentencing rights to seek relief in the courts, her Relinquishment of these rights were waived unknowing and involuntary.

Movant submits that she, was not. specifically nor not fully apprised by counsel of the meaning of the term "collateral attack" or what a "2255" was, or how it could impact upon her after sentencing.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☒   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:
   Movant did not appeal.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☒   No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:   N/A

   Name and location of the court where the motion or petition was filed:
   N/A

   Docket or case number (if you know):   N/A

   Date of the court's decision:   N/A

   Result (attach a copy of the court's opinion or order, if available):
   N/A

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
Movant did not Appeal.

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF COUNSEL-OVANT ENTERED AN INVOLUNTARY AND UNKNOWING PLEA OF GUILTY . COUNSEL FAILED TO APPRISE MOVANT OF THE FULL BREADTH OF CONSEQUENCES OF ENTERING A GUILTY PLEA.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant relying on and following the advice of counsel entered a guilty plea to the charge of Mail Fraud. She was subsequently sentenced to a term of 21 months in prison. By entering the instant plea [the defendant] became mandatorily deportable ... (4) the "presumptively mandatory" consequence of deportation is clear ... counsel failed to accurately advise the movant about the plea and the full consequences. She submits that counsel did not inform her at all that the plea would definitely expose her to deportation after completion of her term in prison.

At the time [the defendant] pled guilty to the charge,She was not a citizen of the United States
4. [The defendant] was never warned by his attorney that there would be mandatory consequences as a result of his plea. See Affidavit of [Defendant].
5. By entering the instant plea [the defendant] became mandatorily deportable from the United States. If [the defendant] did not have the instant conviction she would not be deportable from the United States.

6. Had [the defendant] been warned by counsel of the certainty of immigration consequences of the plea she would not have entered a plea in the instant case and instead would have chosen to proceed to trial.

Movant submits that she was prejudiced by the ineffective assistance of counsel as the court was precluded from considering this information in factoring her term of imprisonment.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Movant exercised waiver of the right to appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☒    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
Movant was foreclosed from raising the issue because she exercised a waiver of the right to Appeal.

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

N/A

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☒   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:
  Stated previously.

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☒   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: N/A

  Name and location of the court where the motion or petition was filed:
  N/A

  Docket or case number (if you know): N/A

  Date of the court's decision: N/A

  Result (attach a copy of the court's opinion or order, if available):
  N/A

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☒

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☒

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:
  N/A

  Docket or case number (if you know): N/A

  Date of the court's decision: N/A

  Result (attach a copy of the court's opinion or order, if available):
  N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☒    No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
  Movant did not appeal.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☒    No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:
  N/A
  Docket or case number (if you know): N/A
  Date of the court's decision: N/A
  Result (attach a copy of the court's opinion or order, if available):
  N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.
N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
Kirk Wincote Elliott - 150 Almaden Blvd-Suite 950- San Jose, CA. 95113

    (b) At the arraignment and plea:

    (c) At the trial:
N/A

    (d) At sentencing:
Same as above

    (e) On appeal:
N/A

    (f) In any post-conviction proceeding:
Movant appears here pro se.

    (g) On appeal from any ruling against you in a post-conviction proceeding:
N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*
This motion is timely filed.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:
Vacate or modify the imposed term in light of the aforementioned issues.

_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ____2-8-2017____ .
(month, date, year)


Executed (signed) on ____2-8-2017____ (date)


_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
N/A






