UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*FILED MAR 8 - 2017*
*SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>vs.<br><br>MISAKO, YAMAGUCHI,<br><br>Movant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Misako Yamaguchi__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1. Are you presently employed?        YES ☐       NO x☐

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____    Net: _____N/A_____
Employer (name and address): __N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, profession or self employment?          YES ☐   NO ☐
    b.  Income from stocks, bonds or royalties?           YES ☐   NO ☐
    c.  Rent payments?                                    YES ☐   NO ☐
    d.  Pensions, annuities or life insurance payments?   YES ☐   NO ☐
    e.  Federal or state welfare payments,                YES ☐   NO ☐
        Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?                                      YES ☐   NO ☐

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support: $ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5.  Do you own or are you buying a home?                  YES ☐   NO ☐

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?                             YES ☐   NO ☐

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total Due: $ _____

Monthly Payment: $ _____

2

7.  Do you have a bank account?                    YES ☐        NO ☐

Name(s) and address(es) of bank (do <u>not</u> include account numbers): _____

_____

_____

Present balance(s): $ _____

Do you own any cash?          YES ☐   NO ☐    Amount: $ _____

Do you have any other assets?  YES ☐   NO ☐

If "yes," provide a description of each asset and its estimated market value.

_____

_____

8.  What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

9.  Do you have any charge accounts/credit cards?      YES ☐        NO ☐

If yes, list them below. (Do <u>not</u> include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

11. Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?

                              YES ☐        NO X☐

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

_____

3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-20-17

DATE

SIGNATURE OF APPLICANT

4

Case Number: _____

# CERTIFICATE OF FUNDS
# IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
(Prisoner's Name)
_____, where (s)he is confined.
(Name of Institution)

I further certify that the average deposits each month to this prisoner's account for the most recent six-month period were $ _____ and the average balance in the prisoner's account each month for the most recent six-month period was $_____.

Date: _____   Officer Name: _____

Signature: _____
*Authorized Officer of the Institution*

PAGE NO: 001

INMATE FINANCIAL PLAN

REGISTER NUMBER: 22400-111
INMATE NAME....: YAMAGUCHI, MISAKO
FACILITY.......: DUBLIN FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

PAYMENT METHOD...: AMT/PCT: $25    FREQ: QU    ORIGIN: TF
START CYCLE......: 6/2016
INMATE DECISION..: agree
OBLIGATION NUMBER: 1  2  _  _  _  _  _  _  _  _  _  _
                   _  _  _  _  _  _  _  _  _  _  _  _

INMATE SIGNATURE.......: [signature]                DT SIGNED: 5.27.16
STAFF WITNESS SIGNATURE: K Worthington              DT SIGNED: 5.27.16

INMATE FINANCIAL PLAN

REGISTER NUMBER: 22400-111
INMATE NAME....: YAMAGUCHI, MISAKO
FACILITY.......: DUBLIN FCI

```
- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - - -
OBLG    OBLIGATION TYPE                        BALANCE     PAYABLE      COJ
   1 ASSESSMENT USDC                            100.00    IMMEDIATE    FCAN
   2 REST FED VICTIM & NON-FED VICTIM USDC   650000.00    IMMEDIATE    FCAN
```

# Inmate Statement

 PRINT

| | |
|---|---|
| Inmate Reg #: | 22400111 |
| Inmate Name: | YAMAGUCHI, MISAKO |
| Report Date: | 05/24/2016 |
| Report Time: | 4:01:21 PM |

| | |
|---|---|
| Current Institution: | Dublin FCI |
| Housing Unit: | DUB-F-A |
| Living Quarters: | F01-172L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | 5/24/2016 12:13:28 PM | 5 | | | Sales | ($19.95) | | $202.30 |
| DUB | 5/22/2016 2:02:33 PM | 33316143 | | | Western Union | $200.00 | | $222.25 |
| DUB | 5/22/2016 9:27:31 AM | TL0522 | | | TRUL Withdrawal | ($2.00) | | $22.25 |
| DUB | 5/19/2016 7:04:35 PM | TFN0519 | | | Phone Withdrawal | ($10.00) | | $24.25 |
| DUB | 5/18/2016 1:19:58 PM | 48 | | | Sales | ($25.95) | | $34.25 |
| DUB | 5/18/2016 12:10:34 PM | 6 | | | Sales | ($179.95) | | $60.20 |
| DUB | 5/11/2016 1:11:50 PM | TFN0511 | | | Phone Withdrawal | ($10.00) | | $240.15 |
| DUB | 5/10/2016 2:03:14 PM | 33316131 | | | Western Union | $250.00 | | $250.15 |
| DUB | 5/4/2016 12:00:20 PM | 2 | | | Sales | ($79.85) | | $0.15 |
| DUB | 5/3/2016 7:48:21 AM | 858763 | | 181799 | Self Surrender | $80.00 | | $80.00 |

1

**Total Transactions: 10**

Totals: $202.30   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | $202.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.30 |
| Totals: | $202.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.30 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $530.00 | $327.70 | $25.38 | $250.15 | $88.40 | N/A | N/A |