UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>YAMAGUCHI,<br>　　　　Defendant. | Case No. 15-cr-00395-BLF-1<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[Re: ECF 62, 63] |

　　　　The Court is in receipt of Defendant Misako Yamaguchi's application to proceed in forma pauperis ("IFP"), which was filed on March 8, 2017.  ECF 62.

　　　　The federal in forma pauperis ("IFP") statute, 28 U.S.C. § 1915, allows an individual to commence a civil or criminal action in federal court without paying the administrative costs of proceeding with the lawsuit if he or she submits an affidavit of poverty showing that he or she is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  To prevent abuse of this mechanism, the statute requires that district courts dismiss an IFP complaint if the allegation of poverty is untrue, if the action is frivolous or malicious, or if the action fails to state a claim on which relief may be granted.  28 U.S.C. § 1915(e)(2); *see also Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

　　　　Here, Yamaguchi's application is incomplete, as she has failed to answer a portion of Question 1, regarding her date of last employment and the amount of the gross and net salary and wages she received, and has failed to answer Questions 2–11.  ECF 62.  Therefore, the Court cannot concluded on the basis of the application that Yamaguchi is entitled to proceed IFP. Accordingly, Yamaguchi's application to proceed IFP is DENIED without prejudice.  She may

resubmit a completed application to proceed IFP **on or before April 6, 2017**.

**IT IS SO ORDERED.**

Dated: March 9, 2017

_____
BETH LABSON FREEMAN
United States District Judge