UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMAGUCHI,<br><br>Defendant. | Case No. 15-cr-00395-BLF-1<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND ORDERING RESPONSE FROM THE GOVERNMENT**<br><br>[Re: ECF 61] |

Presently before the Court is Defendant Misako Yamaguchi's motion for this Court to enter an order for discovery and evidentiary hearing, allowing her to present and support her claims for relief, and to appoint counsel. Mot., ECF 61.

The Court first ORDERS the United States Attorney to file a response to Yamaguchi's motion for discovery and an evidentiary hearing by March 23, 2017.

Second, the Court DENIES Yamaguchi's motion to appoint counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions or actions pursuant to § 2255. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986). Unless an evidentiary hearing is required, the decision to appoint counsel is within the discretion of the district court. *See Knaubert*, 791 F.2d at 728; *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). An evidentiary hearing does not appear necessary at this time, and there are no exceptional circumstances to warrant appointment of counsel. Accordingly, the motion for appointment of counsel is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2017

BETH LABSON FREEMAN
United States District Judge