UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> Misako Yamaguchi ) <br> ) <br> Defendant. ) <br> ) | CR-15-00395-BLF <br><br> ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

FILED
JUL 12 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the defendant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant.

James McNair Thompson
P.O. Box 636
Los Gatos, CA 95031
(408) 358-6047
jmtesq@verizon.net

_____
Appointing Judge - Judge Freeman

July 11, 2017 — Date of Order

July 11, 2017 — Nunc Pro Tunc Date