# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MISAKO YAMAGUCHI,<br>　　　　Defendant. | Case No. 15-cr-00395-BLF-1<br><br>**ORDER REQUIRING STATUS UPDATE** |

On June 27, 2017, the Court granted, upon sua sponte reconsideration, Defendant Misako Yamaguchi's motion to appoint counsel. ECF 73. In light of counsel's recent appointment, the Court now ORDERS the parties to file a written update regarding the status of the case **on or before July 28, 2017**.

**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
BETH LABSON FREEMAN
United States District Judge