BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-00395 BLF |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MISAKO YAMAGUCHI, | |
| Defendant. | |

    The government, represented by Assistant United States Attorney Jeff Schenk, and James McNair Thompson, Esq., counsel for the defendant, have conferred and hereby provide the Court with the following status update. Mr. Thompson has attempted on several occasions to contact Ms. Yamaguchi at FCI-Dublin, but has not yet communicated with her. Additionally, Mr. Thompson is unavailable to meet with Ms. Yamaguchi next week, but anticipates visiting with her during the week of August 7, 2017.

JOINT STATUS UPDATE
15-00395 BLF

1 | Therefore, Mr. Thompson requests, and the government does not oppose, that the parties file a
2 | second joint status update on or before August 18, 2017.

3 | DATED: July 28, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
JEFF SCHENK
Assistant United States Attorney

DATED: July 28, 2017

/s/
JAMES McNAIR THOMPSON
Counsel for Ms. Yamaguchi

JOINT STATUS UPDATE
15-00395 BLF