```
JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for Misako Yamaguchi
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15 – CR – 00395 – BLF |
| ) | |
| Plaintiff, ) | STATUS REPORT |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| MISAKO YAMAGUCHI, ) | |
| ) | |
| Defendant ) | |

Defendant/Petitioner Yamaguchi makes the following status report:

Defendant has still not met with her counsel. The following chronology explains the situation.

On June 27, 2017, the Court ordered that counsel be appointed for Ms. Yamaguchi.

On July 11, 2017, James McNair Thompson (hereinafter JMT) was contacted by the Federal Public Defender's Office and agreed to represent Ms. Yamaguchi in this matter.

On July 13, 2017, the Court ordered a status report by July 28, 2017.

1  Beginning July 11, 2017, JMT reviewed the record in the underlying case
2  seeking to familiarize himself with the legal and factual issues.
3  At all relevant times, Ms. Yamaguchi has been housed at the Dublin FCI.
4  On July 24, 2017, JMT called Dublin FCI to arrange an interview with Ms.
5  Yamaguchi; he was told that had to be arranged through one Counselor Smith; he
6  left a message on Counselor Smith's telephone identifying himself as an attorney
7  and leaving the name and Register Number of Ms. Yamaguchi, and stating that he
8  needed to arrange to meet with her.
9  On July 24, 2017, having not heard from Counselor Smith, JMT called again
10 and was told that Counselor Smith had gone home, his working day ending at 2:00
11 p.m.
12 On July 25, 2017, JMT again called Dublin FCI, was again referred to
13 Counselor Smith, and left the same message.
14 On July 26, 2017, JMT again called Dublin FCI, was again referred to
15 Counselor Smith, and left the same message.
16 On July 27, 2017, at approximately 12:30 a.m., an immediate family member
17 of JMT was hospitalized; he spent virtually every hour at the hospital until the
18 hospitalization was terminated on August 7, 2017.  Nevertheless, his office number
19 had been forwarded to his cell phone, which was in his possession at all times.
20 Counselor Smith still did not return JMT's calls.
21 On August 9, 2017, JMT again called Dublin FCI, was again referred to
22 Counselor Smith, and left the same message.
23 On August 10, 2017, JMT again called Dublin FCI and refused to be referred
24 to Counselor Smith.  He was given an email address and assured that emails to that
25 address were taken seriously.

Case 5:15-cr-00395-BLF   Document 77   Filed 08/18/17   Page 3 of 4

1   On August 10, 2017, I sent an email from my professional email account,
2 which identifies me as an attorney, saying, "I have been trying without success to
3 arrange a meeting with my client Misako Yamaguchi, 22400 – 111. I have left a
4 number of messages with her counselor but the calls have not been returned. It is
5 imperative that I meet with her next Tuesday, Wednesday or at the latest
6 Thursday, because I have to file something with the court by Thursday. I would
7 appreciate it if someone could contact me to arrange such a meeting. Thank you."

8   On August 14, 2017, JMT again called Dublin FCI and, for the first time, was
9 actually able to talk to Counselor Smith. JMT again explained to Counselor Smith
10 who he was, with whom he needed to meet, and the urgency of the situation;
11 Counselor Smith said the soonest such a meeting could take place was Friday,
12 August 18, 2017, and it was agreed that the meeting would take place at 11:00 a.m.
13 Counselor Smith advised JMT to go to the BOP web page, find the appropriate
14 form, send it to him together with a photocopy of JMT's driver's license and State
15 Bar card; Counsel Smith provided an email address to be used to submit these
16 documents.

17   On August 14, 2017, JMT submitted the requested documents to the email
18 he had been provided, with a note asking that if there was anything further that
19 needed to be done, please advise him as soon as possible.

20   Having heard nothing further, JMT presented himself at Dublin FCI on
21 Friday, August 18, 2017 at 11:00 a.m. He was not surprised to learn that (1)
22 Counselor Smith was not on the premises and (2) Counselor Smith had not
23 prepared and presented to the front desk a document necessary to allow the visit
24 and (3) therefore, JMT could not meet with Ms. Yamaguchi and should just drive
25 the 45 miles back to his office.

Status Report                                                                                                                    Page 3

1     Defendant is therefore requesting an additional 4 weeks to file a status
2 memorandum either requesting an evidentiary hearing or requesting the matter be
3 taken off calendar.
4     When at Dublin FCI on August 18, 2017, JMT obtained the names and
5 contact information of two individuals who, he is informed, should be able to
6 accomplish what Counselor Smith apparently cannot or will not.
7     If this matter cannot be resolved forthwith with the personnel of the Bureau
8 of Prisons generally and Dublin FCI in particular, defendant will seek an order
9 from this Court commanding the Marshal's Office to bring Ms. Yamaguchi from
10 Dublin FCI to the courthouse in San Jose so that she can meet with her lawyer.
11     Such meeting is more imperative in this case because while it appears that
12 her motion has substantial merit, there may be reasons for her to not pursue the
13 matter.  Until she has had the opportunity to fully discuss this, face to face, it would
14 be improvident to seek further dates.
15     Therefore, defendant asks the Court's forbearance and asks that a further
16 status memorandum be filed on or before August 15, 2017
17 DATED:  August 18, 2017
18                       Respectfully submitted,
19
20
21                       James McNair Thompson
22                       Attorney for defendant Yamaguchi
23
24
25