# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>YAMAGUCHI,<br>　　　　Defendant. | Case No. 15-cr-00395-BLF-1<br><br>**ORDER REQUIRING STATUS UPDATE** |

On August 18, 2017 counsel for Defendant Misako Yamaguchi filed a written status report explaining that Defendant has been unable to meet with her counsel. ECF 77. In light of counsel's status report, the Court now ORDERS the parties to file a written update regarding the status of the case **on or before September 18, 2017**.

**IT IS SO ORDERED.**

Dated: August 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge