UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>YAMAGUCHI,<br>　　　　Defendant. | Case No. 15-cr-00395-BLF-1<br><br>**ORDER REQUESTING RESPONSE FROM GOVERNMENT TO MOTION FOR EVIDENTIARY HEARING AND SETTING ORAL ARGUMENT** |

Defendant Misako Yamaguchi has filed a renewed motion for an evidentiary hearing on her motion to vacate her conviction and sentence under 28 U.S.C. § 2255. ECF 80.

The United States Attorney may file a response to Defendant's motion for an evidentiary hearing on or before **October 3, 2017.**

The Court will hear oral argument on Defendant's motion for an evidentiary hearing, and hereby SETS a hearing for **October 10, 2017 at 9:00 a.m.**  Counsel shall be prepared to discuss what evidence would need to be presented at an evidentiary hearing that is not already in the record, as well as the impact, if any, of *Lee v. United States*, 137 S.Ct. 1958 (2017) on these proceedings.

**IT IS SO ORDERED.**

Dated:  September 19, 2017

_____
BETH LABSON FREEMAN
United States District Judge