```
JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for Misako Yamaguchi
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15 – CR – 00395 – BLF |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONCERNING |
| ) | LIMITED WAIVER OF ATTORNEY – |
| vs. ) | CLIENT PRIVILEGE |
| MISAKO YAMAGUCHI, ) | |
| ) | |
| Defendant ) | |

    The defendant has filed a motion that her attorney Kirk Elliot was ineffective within the meaning of the Sixth Amendment by failing to adequately advise her of the immigration consequences of her plea.  Such claim waives the attorney – client privilege. *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir.2003). However, such waiver is narrow, and limited to the issue raised by the defendant. *Lambright v. Ryan*, 698 F.3d 808 (9th Cir. 2012).

    Therefore, the Court finds that defendant Yamaguchi has waived the attorney – client privilege concerning any conversations, memoranda or other communications she may have had with Kirk Elliot on the subject of the

immigration consequences of her plea in this case, but only on the subject of the immigration consequences of her plea in this case.

IT IS SO ORDERED.

Dated: October 12, 2017

*[signature]*

Hon. Beth Labson Freeman

Judge of the United States District Court