UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-00395-BLF |
| Respondent-Plaintiff, | DECLARATION OF KIRK ELLIOTT, ESQ. |
| v. | |
| MISAKO YAMAGUCHI, | |
| Petitioner-Defendant. | |

I, Kirk Elliott, do hereby declare under penalty of perjury as follows:

    1.    I am an attorney, duly licensed to practice law in the State of California.

    2.    Misako Yamaguchi retained me to represent her in the matter of United States v. Misako Yamaguchi.

    3.    During my consultations with Ms. Yamaguchi, I learned that she was a "long time Green Card holder." She also told me that she was not a U.S. citizen.

    4.    On several occasions, Ms. Yamaguchi and I discussed the pros and cons of pleading guilty pursuant to a written plea agreement versus taking her case to trial. We discussed the potential immigration consequences of a guilty plea, including that she might be deported and/or denied naturalization following her conviction and sentence. I explained to Ms. Yamaguchi that pleading guilty

DECLARATION OF KIRK ELLIOTT
CR-15-00395-BLF                                            1

to a serious felony, such as mail fraud, had serious immigration consequences. In fact, I told Ms. Yamaguchi, on more than one occasion, that if she pled guilty she should "assume that she would be deported." She told me that if deportation occurred, "as a Japanese citizen, she would just live in Japan, and be closer to her ailing parents."

5. On one or more occasions, the government sent me a draft written plea agreement via email. Every draft written plea agreement from the government contained a statement regarding the potential deportation consequence of Ms. Yamaguchi's guilty plea. Each time I received a written plea agreement from the government, I forwarded a copy of this agreement to Ms. Yamaguchi and discussed the agreement with her. Ms. Yamaguchi read these agreements, we discussed them, and she signed the final version.

6. I have looked through my emails and other correspondence with Ms. Yamaguchi, and I have not located any instances in which Ms. Yamaguchi asked me any questions regarding the deportation language contained in the plea agreement. Moreover, I have not located any written communication between Ms. Yamaguchi and me regarding the potential immigration consequences, including deportation, of her guilty plea.

7. Ms. Yamaguchi and I also discussed the immigration consequences of her conviction before and during my preparation for sentencing.

I hereby state under penalty of perjury that the statements contained in this Declaration are true to the best of my knowledge.

Signed this 18th day of October, 2017, at San Jose, California.

_____
KIRK ELLIOTT, ESQ.