UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** October 24, 2017     **Time:** 9:02 – 9:19        **Judge:** BETH LABSON FREEMAN
                               **Total Time:** 17 Minutes

**Case No.:** 5:15-cr-00395-BLF-1    **Case Name:** UNITED STATES v. Misako Yamaguchi

**Attorney for Plaintiff:** Jeffrey Schenk
**Attorney for Defendant:** James Thompson for Misako Yamaguchi – Present, In Custody

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Summer Fisher
**Interpreter:** N/A                          **Probation Officer:** N/A

PROCEEDINGS

**MOTION HEARING**

**Further Motion in re Evidentiary Hearing**

Motion hearing held.

CASE CONTINUED TO: November 2, 2017 at 1:30 PM for Evidentiary Hearing.

The Court Orders the Defendant to be present for Evidentiary Hearing.

October 24, 2017

Courtroom Deputy to the Honorable
Beth Labson Freeman