UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** November 2, 2017     **Time:** 1:30 – 4:00 P.M.     **Judge:** BETH LABSON FREEMAN

**Total Time:** 2 Hrs 30 Mins

**Case No.:** 5:15-cr-00395-BLF-1     **Case Name:** UNITED STATES v. Misako Yamaguchi

**Attorney for Plaintiff:** Jeffrey Schenk
**Attorney for Defendant:** James Thompson for Misako Yamaguchi - Present, In Custody

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Irene Rodrgiuez
**Interpreter:** N/A                          **Probation Officer:** N/A

PROCEEDINGS

**EVIDENTIARY HEARING**

**Evidentiary Hearing held.**

1:30 – Call to Order
1:43 – Defense Calls Witness Kirk Elliott
1:44 – Direct Examination ELLIOTT
2:18 – Exhibit #1 - Mark and Identified
2:24 – Cross Examination ELLIOTT
2:33 – Court Examination ELLIOTT
2:37 – Defense Calls Witness Carl Lindstrom
2:38 – Direct Examination LINDSTROM
2:44 – Cross Examination LINDSTROM
2:51 – Re-Direct Examination LINDSTROM
2:52 – Defense Calls Witness Misako Yamaguchi
2:54 – Cross Examination YAMAGUCHI
3:10 – Re-Direct Examination YAMAGUCHI
3:12 – The Court takes an afternoon recess
3:21 – Call to Order
3:30 – Exhibit #1 - Admitted
4:00 – The Court Adjourns

November 2, 2017

Courtroom Deputy to the Honorable
Beth Labson Freeman