UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br><br>Vs.<br>MISAKO YAMAGUCHI,<br>Movant. | Cause No:<br><br>5:15-cr-00395-BLF-1<br><br>Civil Action No: |

AFFIDAVIT OF MISAKO YAMAGUCHI

I, Masako Yamaguchi do swear and affirm that;

1. I am the Movant in the foregoing action;

2. Mr. Kirk Elliot was my Attorney of record in the above captioned matter in which I was charged.

3. Mr. Elliot was the one and only individual on whom I relied on for advice in this matter.

4. Relying on Mr. Elliot's advice I entered a plea of guilty to the charge of Mail Fraud.

5. Counsel Elliott did not advise me that I faced the certainty of deportation upon entering the plea.

6. I had no reason to believe that I faced deportation because of the conviction by guilty plea

7. Had I known that I would be deported as a result of my plea of guilty, I would never have entered the guilty plea to the charge, instead, I would have either sought a different type of plea

AFFIDAVIT- 1

(which would not result in my necessarily being deported) or, alternatively, I would have gone to trial."

Further Affiant sayeth not.

I Swear or Affirm that the above and foregoing representations are true and correct to the best of my information, knowledge and belief.

_____
Misako Yamaguchi, #22400-111

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal

this __20__ day of __February__ _____, 2017_____.

Signed, sealed and delivered in the presence of:

__C. Torres_____
Witness   Christal Torres

_____
Witness   Wendy Moore

**State of** _____)
                              ) ss.
**County of** _____)

  The foregoing instrument was acknowledged by me this _____ day of _____, 2017 _____ by: _____ who is/are personally known by me or who has/have produced: _____ _____ as identification and who did not take an oath.

_____ (SEAL)
Notary Public

  State of _____.

  My Commission Expires: _____.

AFFIDAVIT- 2