APRIL 29, 2018

NC

US DISTRICT COURT
ATTN: FINANCE

FILED

MAY - 2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLEASE FIND ATTACHED DOCUMENTS
(SUMMARY DEBT BALANCE AND CRIMINAL
MONETARY PENALTIES).
    REQUESTING A REFUND OF OVERPAID
AMOUNT OF $2,418.$\frac{03}{}$. THE TOTAL
RESTITUTION WAS $650,000.$\frac{00}{}$ AND AS YOU
HAVE SEEN THE TOTAL AMOUNT PAID
AGAINST THE RESTITUTION AMOUNT WAS
$652,418.$\frac{03}{}$.
    THANK YOU SO MUCH FOR YOUR
ATTENTION ON THIS MATTER.

MISAKO YAMAGUCHI

Cc
Finance

P.S. CONTACT INFORMATION
5805 CHARLOTTE DR. #A520
SAN JOSE, CA. 95123
(408) 533-5433

AO 245B (Rev. AO 09/11-CAN 03/14) Judgment in Criminal Case

DEFENDANT: Misako Yamaguchi

CASE NUMBER: CR-15-00395-001 BLF

Judgment - Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100 | $ Waived | $ 650,000 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Yamato Scientific America, 925 Walsh Avenue, Santa Clara, CA 95050 | $309,523.98 | $650,000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $309,523.98 | $650,000.00 | |

☑ Restitution amount ordered pursuant to plea agreement $650,000

☑ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine/restitution.

☐ the interest requirement is waived for the fine/restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.



Support and Resources | Logout

OPERA
Offender Payment Enhanced Report Access

**Data Last Updated:**  **4/23/2018 (SAN JOSE)**

USA V. YAMAGUCHI
DCAN515CR000395-001 MISAKO YAMAGUCHI

**Party Code:** CAN1070

**Comments:** jcc reviewed apb 2/24/16 JCC REVIEWED (AUTODISB) 6/13/16 APB

Back to Search Results    Start a new Search

## SUMMARY DEBT BALANCES

| Debt Type | Case Number | Total Imposed | Total Collected | Total Outstanding |
|---|---|---|---|---|
| ⊞ OVERPAYMENT | DCAN515CR000395-001 | $92.65 | $92.65 | $0.00 |
| SPECIAL PENALTY ASSESSMENT | DCAN515CR000395-001 | $100.00 | $100.00 | $0.00 |
| ⊞ VICTIM RESTITUTION w/ Interest | DCAN515CR000395-001 | $652,225.38 | $652,225.38 | $0.00 |
| **Totals** | | **$652,418.03** | **$652,418.03** | **$0.00** |

Offender Payment History ⓘ    Case Financial History ⓘ    Summary Payee Balances ⓘ

Export to PDF    Export to Excel

| Date ⓘ | Penalty Type | Case Number ⓘ | Receipt | Paid |
|---|---|---|---|---|
| 03/10/2017 | OVERPAYMENT(BOP) | DCAN515CR000395-001 | B031017DCAN515CR000395001302 | $25.00 |
| 12/09/2016 | OVERPAYMENT(BOP) | DCAN515CR000395-001 | B120916DCAN515CR000395001288 | $25.00 |
| 11/07/2016 | OVERPAYMENT | DCAN515CR000395-001 | 17461100085 | ($2,225.38) |
| 11/07/2016 | VICTIM RESTITUTION | DCAN515CR000395-001 | 17461100085 | $2,225.38 |
| 10/31/2016 | OVERPAYMENT | DCAN515CR000395-001 | 34611119517 | $2,268.03 |
| 10/31/2016 | VICTIM RESTITUTION | DCAN515CR000395-001 | 34611119517 | $610,050.00 |
| 09/08/2016 | VICTIM RESTITUTION(BOP) | DCAN515CR000395-001 | B090816DCAN515CR000395001308 | $25.00 |
| 06/10/2016 | VICTIM RESTITUTION(BOP) | DCAN515CR000395-001 | B061016DCAN515CR000395001315 | $25.00 |
| 03/24/2016 | VICTIM RESTITUTION | DCAN515CR000395-001 | 54611016145 | $39,900.00 |
| 03/24/2016 | SPECIAL PENALTY ASSESSMENT | DCAN515CR000395-001 | 54611016145 | $100.00 |
| **Total Paid** | | | | **$652,418.03** |

Version 1.5



TO : US DISTRICT COURT
ATTN : FINANCE
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA, 94102

RECEIVED

MAY - 2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

**Misako Yamaguchi**
5805 Charlotte Dr. #520
San Jose, CA 95123-6924



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.